**Order entered June 12, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00755-CR

### EX PARTE BENJAMIN BURCH

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-00319-Q**

## ORDER

The Court has received appellant's notice of appeal from the trial court's order denying his pretrial application for writ of habeas corpus raising a double jeopardy challenge. Although the trial court issued its order on March 28, 2014 and the notice of appeal was filed on April 10, 2014, the notice of appeal was not forwarded to this Court until June 10, 2014. This is an accelerated appeal under Texas Rule of Appellate Procedure 31.

We **ORDER** the Dallas County District Clerk to file the clerk's record in the appeal by **JUNE 30, 2014**. In addition to the documents related to the habeas corpus proceedings, the clerk's record shall contain the trial court's certification of appellant's right to appeal.

We **ORDER** Marissa Garza, official court reporter of the 204th Judicial District Court, to file, by **JUNE 30, 2014**, the reporter's records of all hearings related to appellant's application for writ of habeas corpus.

We **ORDER** appellant to file his brief by **JULY 18, 2014**. We **ORDER** the State to file its brief by **AUGUST 8, 2014**. If any party does not file its brief by the date specified, the appeal will be submitted without that party's brief. *See* TEX. R. APP. P. 31.1.

The appeal will be submitted without oral argument on **September 4, 2014** to a panel consisting of Justices O'Neill, Lang-Miers, and Brown.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lena Levario, Presiding Judge, 204th Judicial District Court; Marissa Garza, official court reporter, 204th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE